UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-MJ-1761-KS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALEED I MIKHAIL | ORDER |

This matter comes before the Court on Defendant's unopposed motion to reschedule the evidentiary hearing scheduled for August 7, 2025. For good cause shown, the motion [DE #14] is GRANTED and the evidentiary hearing is reset to August 6, 2025, at 12:00 p.m.

SO ORDERED this 31st day of July 2025.

_____
KIMBERLY A. SWANK
United States Magistrate Judge